**Fill in this information to identify the case:**

Debtor name  NEW CITY HISTORIC AUTO ROW, LLC

United States Bankruptcy Court for the: NORTHERN                District of ILLINOIS
                                                                        (State)

Case number (If known):  18 BK 20811

☒ Check if this is an
  amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on **Schedule G: Executory Contracts and Unexpired Leases** (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

---

**Part 1:   Cash and cash equivalents**

1.  **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☒ Yes. Fill in the information below.

All cash or cash equivalents owned or controlled by the debtor

Current value of debtor's interest

2.  **Cash on hand**                                                                $_____

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. Self-Help Federal Credit Union | | 9 0 5 8 | $_____ |
| 3.2. | | | $ 5444.53 |

4.  **Other cash equivalents** *(Identify all)*

4.1. _____     $_____
4.2. _____     $_____

5.  **Total of Part 1**                                                             $ 5444.53
    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

---

**Part 2:   Deposits and prepayments**

6.  **Does the debtor have any deposits or prepayments?**

☒ No. Go to Part 3.
☐ Yes. Fill in the information below.

Current value of debtor's interest

7.  **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

7.1. _____     $_____
7.2. _____     $_____

Debtor   NEW CITY HISTORIC AUTO COURT LLC                   Case number (if known)   18 BK 20811
         Name

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

    Description, including name of holder of prepayment

    8.1._____   $_____

    8.2._____   $_____

9. **Total of Part 2.**

    Add lines 7 through 8. Copy the total to line 81.                    $    0

---

**Part 3:**   **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

    ☐ No. Go to Part 4.

    ☒ Yes. Fill in the information below.

                                                         **Current value of debtor's interest**

11. **Accounts receivable-FCA**

    11a. 90 days old or less:   203,282          –  _____  = .......→   $   203,282
                               face amount                    doubtful or uncollectible accounts

    11b. Over 90 days old:   _____  –  _____  = .......→   $ _____
                             face amount                    doubtful or uncollectible accounts

12. **Total of Part 3**

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.   $   203,282

---

**Part 4:**   **Investments**

13. **Does the debtor own any investments?**

    ☒ No. Go to Part 5.

    ☐ Yes. Fill in the information below.

                                      **Valuation method used for current value**      **Current value of debtor's interest**

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

    14.1._____   _____   $_____

    14.2._____   _____   $_____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:               % of ownership:

    15.1._____   _____%   _____   $_____

    15.2._____   _____%   _____   $_____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

    16.1._____   _____   $_____

    16.2._____   _____   $_____

17. **Total of Part 4**

    Add lines 14 through 16. Copy the total to line 83.   $    0

---

Debtor   NEW CITY HISTORIC AUTO GROUP LLC          Case number (if known)   18 BK 20811
         Name

---

## Part 5:  Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

    ☐ No. Go to Part 6.

    ☒ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | ___ MM / DD / YYYY | $_____ | _____ | $_____ |
| 20. **Work in progress** | ___ MM / DD / YYYY | $_____ | _____ | $_____ |
| 21. **Finished goods, including goods held for resale** <br> 163  Vehicles | Daily <br> MM / DD / YYYY | $  4,234,733 | | $  4,376,952 |
| 22. **Other inventory or supplies** <br> Parts Unknown | ___ MM / DD / YYYY | $  83,000 | | $  83,000 |

23. **Total of Part 5**

    Add lines 19 through 22. Copy the total to line 84.

    | $  4,459,952 |
    |---|

24. **Is any of the property listed in Part 5 perishable?**

    ☒ No

    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

    ☒ No

    ☐ Yes. Book value _____   Valuation method _____   Current value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

    ☐ No

    ☒ Yes

---

## Part 6:  Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

    ☒ No. Go to Part 7.

    ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | $_____ | _____ | $_____ |
| 29. **Farm animals** *Examples*: Livestock, poultry, farm-raised fish | $_____ | _____ | $_____ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | $_____ | _____ | $_____ |
| 31. **Farm and fishing supplies, chemicals, and feed** | $_____ | _____ | $_____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | $_____ | _____ | $_____ |

---

33. **Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$ 0

34. **Is the debtor a member of an agricultural cooperative?**

☒ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

☐ No

☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☒ No

☐ Yes. Book value $_____ Valuation method _____ Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☒ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☒ No

☐ Yes

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. ~~Office~~ furniture | $ 308,171 | | $ 308,171 |
| 40. ~~Office fixtures~~ Lease hold Improvements | $ 308,500 | | $ 308,500 |
| 41. Office equipment, including all computer equipment and communication systems equipment and software machinery and equipment | $ 18,371 | | $ 18,371 |
| 42. Collectibles *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | $ _____ | | $ _____ |
| 42.2 _____ | $ _____ | | $ _____ |
| 42.3 _____ | $ _____ | | $ _____ |

43. **Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$ 635,042

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☒ No

☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☒ No

☐ Yes

Debtor    NEW CITY AUTO ROW, LLC    Case number (if known)    18BK20811
　　　　　Name

## Part 8:   Machinery, equipment, and vehicles

46.  **Does the debtor own or lease any machinery, equipment, or vehicles?**

☒ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.  Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 _____ | $_____ | _____ | $_____ |
| 47.2 _____ | $_____ | _____ | $_____ |
| 47.3 _____ | $_____ | _____ | $_____ |
| 47.4 _____ | $_____ | _____ | $_____ |
| **48.  Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 _____ | $_____ | _____ | $_____ |
| 48.2 _____ | $_____ | _____ | $_____ |
| **49.  Aircraft and accessories** | | | |
| 49.1 _____ | $_____ | _____ | $_____ |
| 49.2 _____ | $_____ | _____ | $_____ |
| **50.  Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| _____ | $_____ , | | $_____ , |

51.  **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

$_____ ,

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☒ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☒ No

☐ Yes

Debtor  NEW CITY HISTORIC AUTO ROW LLC _____   Case number (if known) __18 BK 20811__
          Name

## Part 9: Real property

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☒ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as<br>Assessor Parcel Number (APN), and type of property<br>(for example, acreage, factory, warehouse, apartment<br>or office building), if available. | Nature and extent<br>of debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| 55.1 2401 S. Michigan Ave., Chicago IL    Lease | | $_____ | _____ | $_____0_____ |
| 55.2 _____ | _____ | $_____ | _____ | $_____ |
| 55.3 _____ | _____ | $_____ | _____ | $_____ |
| 55.4 _____ | _____ | $_____ | _____ | $_____ |
| 55.5 _____ | _____ | $_____ | _____ | $_____ |
| 55.6 _____ | _____ | $_____ | _____ | $_____ |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$_____0_____

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☒ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☒ No

☐ Yes

## Part 10: Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☒ Yes. Fill in the information below.

| General description | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>_____ | $_____ | _____ | $_____ |
| 61. **Internet domain names and websites**<br>_____ | $_____ | _____ | $_____ |
| 62. **Licenses, franchises, and royalties**<br>Franchise Agreement /FCA | $ 3,500,00 | _____ | $ 3,500,000 |
| 63. **Customer lists, mailing lists, or other compilations**<br>_____ | $_____ | _____ | $_____ |
| 64. **Other intangibles, or intellectual property**<br>_____ | $_____ | _____ | $_____ |
| 65. **Goodwill**<br>_____ | $_____ | _____ | $_____ |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$ 3,500,000

Debtor   NEW CITY HISTORIC AUTHORITY LLC                    Case number (if known)   18 BK 20811
_____
Name

67. **Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C. §§ 101(41A) and 107)?**
☒ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☒ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☒ No
☐ Yes

## Part 11:   All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.
☒ No. Go to Part 12.
☐ Yes. Fill in the information below.

|  |  |  | Current value of debtor's interest |
|---|---|---|---|

71. **Notes receivable**
Description (include name of obligor)
_____     _____     − _____   => ➔   $_____
                          Total face amount        doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)
_____   Tax year _____   $_____
_____   Tax year _____   $_____
_____   Tax year _____   $_____

73. **Interests in insurance policies or annuities**
_____                          $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**
_____                          $_____
Nature of claim      _____
Amount requested     $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**
_____                          $_____
Nature of claim      _____
Amount requested     $_____

76. **Trusts, equitable or future interests in property**
_____                          $_____

77. **Other property of any kind not already listed**  *Examples:* Season tickets, country club membership
_____                          $_____
_____                          $_____

78. **Total of Part 11.**
Add lines 71 through 77. Copy the total to line 90.                $    0

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☐ No
☐ Yes

Debtor   NEW CITY HISTORIC AUTOROW LLC   Case number (if known)   18 BK 20811
        Name

---

| Part 12: | Summary |

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. Cash, cash equivalents, and financial assets. *Copy line 5, Part 1.* | $ 5,444.53 | |
| 81. Deposits and prepayments. *Copy line 9, Part 2.* | $ 0 | |
| 82. Accounts receivable. *Copy line 12, Part 3.* | $ 203,282 | |
| 83. Investments. *Copy line 17, Part 4.* | $ 0 | |
| 84. Inventory. *Copy line 23, Part 5.* | $ 4,459,952 | |
| 85. Farming and fishing-related assets. *Copy line 33, Part 6.* | $ 0 | |
| 86. Office furniture, fixtures, and equipment; and collectibles. *Copy line 43, Part 7.* | $ 635,042 | |
| 87. Machinery, equipment, and vehicles. *Copy line 51, Part 8.* | $ | |
| 88. Real property. *Copy line 56, Part 9.* ...............➔ | | $ 0 |
| 89. Intangibles and intellectual property. *Copy line 66, Part 10.* | $ 3,500,000 | |
| 90. All other assets. *Copy line 78, Part 11.* | + $ | |
| 91. Total. Add lines 80 through 90 for each column............91a. | $ 8,803,721 | + 91b. $ 0 |

92. Total of all property on Schedule A/B. Lines 91a + 91b = 92. ...................... $ 8,803,721

| Fill in this information to identify the case and this filing: |
| --- |
| Debtor Name  New City Historic Auto Row LLC |
| United States Bankruptcy Court for the:  Northern  District of  Illinois |
| (State) |
| Case number (*if known*):  18-20811 |

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐  *Schedule H: Codebtors* (Official Form 206H)

☐  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☒  Amended *Schedule* A/B

☐  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐  Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  09/11/ 2018                    X _____
           MM / DD / YYYY                        Signature of individual signing on behalf of debtor

                                            Michael Helmstetter
                                            Printed name

                                            Owner
                                            Position or relationship to debtor

Fill in this information to identify the case:

Debtor    NEW CITY HISTORIC AUTO ROW, LLC

United States Bankruptcy Court for the:    NORTHERN    District of ILLINOIS
                                                              (State)

Case number    18- 20811
(If known)

☒ Check if this is an
amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☒ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address
Cook County Taxes / Vehicle Tax

118 N. Clark Street, Room 1163

Chicago, Illinois 60602

Date or dates debt was incurred
_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is: $ 3,893.24
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:
Vehicle Tax

Is the claim subject to offset?
☒ No
☐ Yes

Priority amount $ 3,893.24

**2.2** Priority creditor's name and mailing address
Internal Revenue Service
P.O. Box 45999

Cincinatti, Ohio 45999

Date or dates debt was incurred
_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is: $ 128,587.53
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:
withholding, FICA

Is the claim subject to offset?
☐ No
☐ Yes

$ 128,587.53

**2.3** Priority creditor's name and mailing address
Illinois Department of Revenue

100 N. Randolph Street

Chicago, Illinois 60601

Date or dates debt was incurred
_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is: $ 28,111.51
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
withholding Taxes

Is the claim subject to offset?
☐ No
☐ Yes

$ 28,111.51

Debtor _NEW CITY HISTORIC AUTO ROW, LLC_                    Case number _(if known)_ _18-20811_
    Name

| **Part 1.** | **Additional Page** |

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total claim | Priority amount |
|---|---|---|

**2.4** Priority creditor's name and mailing address

$ 7369.05        $ 7369.05

Illinois Department of Employment Security

33 S. State Street, 10th Floor

Chicago, Illinois 60603

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Unemployment Tax

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)**

---

**2.5** Priority creditor's name and mailing address

$ 2,587.85        $ 2,587.85

Illinois Department of Revenue

100 W. Randolph Street

Chicago, Illinois 60601

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Sales Tax

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)**

---

**2.6** Priority creditor's name and mailing address

$ 1267.85        $ 1267.85

Illinois State Disbursement Unit

P.O. Box 5400

Carol Stream, Illinois 60197-5400

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
child support

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)**

---

**2.7** Priority creditor's name and mailing address

$ 3,480.54        $ 3,480.54

Andre Sims

1468 E. 69th Street #2

Chicago, Illinois 60637

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
wages

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)**

---

Debtor    NEW CITY HISTORIC AUTO ROW, LLC    Case number (if known)    18-20811
         _____
         Name

---

## Part 1.    Additional Page

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

**2.8** Priority creditor's name and mailing address

$ 4433.31     $ 4433.31

Booker McGee

8200 S. Rachel Lane

Justice, Illinois 60458

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

Date or dates debt was incurred

**Basis for the claim:**
   wages

Last 4 digits of account
number  ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (____)

**2.9** Priority creditor's name and mailing address

$ 4027.80     $ 4027.80

Christopher Vance

3740 N. Halsted

Chicago, Illinois 60613

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

Date or dates debt was incurred

**Basis for the claim:**
   wages

Last 4 digits of account
number  ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (____)

**2.10** Priority creditor's name and mailing address

$ 66.96     $ 66.96

Daniel Armenta

6615 Davis Street

Morton Grove, Illinois 60053

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

Date or dates debt was incurred

**Basis for the claim:**
   wages

Last 4 digits of account
number  ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (____)

**2.11** Priority creditor's name and mailing address

$ 831.49     $ 831.49

Dion Grace

1123 Rhodes Court

Wheaton, Illinois 60189

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

Date or dates debt was incurred

**Basis for the claim:**
   wages

Last 4 digits of account
number  ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (____)

---

Official Form 206E/F    Schedule E/F: Creditors Who Have Unsecured Claims    page 3 of 22

| Debtor | NEW CITY HISTORIC AUTO ROW, LLC | Case number (if known)   18-20811 |
|---|---|---|
| | Name | |

## Part 1.   Additional Page

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total claim | Priority amount |
|---|---|---|

**2.12** Priority creditor's name and mailing address

Fulton Nealy

1337 Hirsch Avenue

Calumet City, Illinois 60409

**Date or dates debt was incurred**

**Last 4 digits of account number**  ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( ___ )**

$ 4,112.96      $ 4,112.96

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
wages

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.13** Priority creditor's name and mailing address

Gustavo Murillo-Garcia

34332 N. Redtop Rd

Round Lake, Illinois 60073

**Date or dates debt was incurred**

**Last 4 digits of account number**  ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( ___ )**

$ 5,982.94      $ 5,982.94

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
wages

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.14** Priority creditor's name and mailing address

Hector Rivera

6917 W. Grand Avenue

Chicago, Illinois 60707

**Date or dates debt was incurred**

**Last 4 digits of account number**  ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( ___ )**

$ 4803.84      $ 4803.84

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
wages

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.15** Priority creditor's name and mailing address

Levern Canteen

6147 S. Drexel

Chicago, Illinois 60637

**Date or dates debt was incurred**

**Last 4 digits of account number**  ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( ___ )**

$ 104.88      $ 104.88

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
wages

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor __NEW CITY HISTORIC AUTO ROW, LLC_____ Case number _(if known)__18-20811_____
     Name

| **Part 1.** | **Additional Page** |
|---|---|

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total claim | Priority amount |
|---|---|---|

**2.16** Priority creditor's name and mailing address

$    2,163.75      $   2,163.75

    Rayshaun Foster

    5601 S. Michigan Avenue

    Chicago, Illinois 60637

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
  wages

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)**

---

**2.17** Priority creditor's name and mailing address

$    9537.92      $   9537.92

    Tammy Paternoster

    17W766 Lowell Lane

    Villa Park, Illinois 60181

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)**

---

**2._** Priority creditor's name and mailing address

$ _____    $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)**

---

**2._** Priority creditor's name and mailing address

$ _____    $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)**

Debtor   NEW CITY HISTORIC AUTO ROW, LLC                     Case number (if known)   18-20811
         Name

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

**3.1**   Nonpriority creditor's name and mailing address

New City Auto Group, LLC

1301 Indianapolis Blvd

Scherville, Indiana 46375

As of the petition filing date, the claim is:   $ 663,642
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: Advances from Affiliated Company

Date or dates debt was incurred   _____

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

**3.2**   Nonpriority creditor's name and mailing address

Fort Worth Brothers Automotive

c/o Burke Warren Mackay & Sherilla

330 N. Wabash, Suite 2100, Chicago, Illinois 606011

As of the petition filing date, the claim is:   $ 312,000
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade debt

Date or dates debt was incurred   _____

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

**3.3**   Nonpriority creditor's name and mailing address

Santander Bank

824 N. Market Street

Wilmington, DE 19801

As of the petition filing date, the claim is:   $ 300.00
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred   _____

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

**3.4**   Nonpriority creditor's name and mailing address

Mike Helmstetter

3419 South Parnell Street

Chicago, Illinois 60616

As of the petition filing date, the claim is:   $ 750,000
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: Personal advances from Oak Services, LLC

Date or dates debt was incurred   2/2016

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

**3.5**   Nonpriority creditor's name and mailing address

2401 S. Michigan Building Corporation

c/o Maureen Joyce

1335 S. Prarie Avenue # 2004, Chicago, Illinois 60605

As of the petition filing date, the claim is:   $ 124,744.84
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: Rent

Date or dates debt was incurred   _____

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

**3.6**   Nonpriority creditor's name and mailing address

Adesa

2785 Beverly Rd

Hoffman Estates, IL 60169

As of the petition filing date, the claim is:   $ 519.49
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred   _____

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

Debtor   New City Historic Auto Row LLC
Name

Case number (if known)   18-20811

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.7** Nonpriority creditor's name and mailing address

All Data

P.O. Box 848379

Dallas, Texas 75284-8379

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed
- ☐ Liquidated and neither contingent nor disputed

$ 1155.00

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**3.8** Nonpriority creditor's name and mailing address

American Tire Distributors

P.O. Box 889

Hunterville, NC 28070

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

$ 4991.81

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**3.9** Nonpriority creditor's name and mailing address

Aramark Uniform Services

25259 Network Place

Chicago, Illinois 60673-1252

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

$ 1604.53

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**3.10** Nonpriority creditor's name and mailing address

Auto trader.com

P.O. Box 932207

Atlanta, GA 31193-2207

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

$ 21,436.53

Basis for the claim:  Unused Ad Space, Santander prevents usage

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**3.11** Nonpriority creditor's name and mailing address

Auto Zone

3311 Archer Avenue

Chicago Illinois 60608

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

$ 4263.59

Basis for the claim:  unused ad space

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
- ☒ No
- ☐ Yes

Debtor _____
      NEW CITY HISTORIC AUTO ROW LLC
      Name

Case number *(if known)* 18-20811

---

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

### 3.12  Nonpriority creditor's name and mailing address

BG Products of Illinois

P.O. Box 181180

Fairfield, Ohio 45018

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed
- ☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$ 234.60

### 3.13  Nonpriority creditor's name and mailing address

Bionic Auto Parts

4610, 4655 W. North Avenue

Chicago, Illinois 60639

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

Basis for the claim: Auto Parts not received

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$ 950.00

### 3.14  Nonpriority creditor's name and mailing address

C-4 Analytics

999 Broadway, Suite 500

Saugus, MA 01906

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: MKT. Report, not used

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- ☐ No
- ☒ Yes

$ 42,033.67

### 3.15  Nonpriority creditor's name and mailing address

Capital One Finance

2525 Corporate Place 2nd Floor, Suite 250

Monterey Park, CA 91754

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

Basis for the claim: Customer Loan Dispute

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
- ☐ No
- ☐ Yes

$ 1,145.72

### 3.16  Nonpriority creditor's name and mailing address

Carfax

16630 Collections Center Drive

Chicago, Illinois 60606-1208

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

Basis for the claim: service fees, unused

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- ☐ No
- ☐ Yes

$ 10,492.00

---

Debtor _____NEW CITY HISTORIC AUTO ROW LLC_____  Case number (if known) __18-20811__
     Name

**Part 2:**  **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

                                    Amount of claim

**3.17**   Nonpriority creditor's name and mailing address

    City of Chicago

    P.O. Box 6330

    Chicago, Illinois 60680-6330

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed
- ☐ Liquidated and neither contingent nor disputed

$   9,194.83

Basis for the claim:  can offset     other city taxes

Date or dates debt was incurred     _____

Last 4 digits of account number     ___ ___ ___ ___

Is the claim subject to offset?
- ☐ No
- ☒ Yes

**3.18**   Nonpriority creditor's name and mailing address

    Coin Data

    Dept. 716
    P.O. Box 4346

    Houston, TX 77210

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

$   16,338.96

Basis for the claim:  _____

Date or dates debt was incurred     _____

Last 4 digits of account number     ___ ___ ___ ___

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**3.19**   Nonpriority creditor's name and mailing address

    Comcast

    P.O. Box 3001

    Southeastern, PA 19398-3001

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

$   609.26

Basis for the claim:  _____

Date or dates debt was incurred     _____

Last 4 digits of account number     ___ ___ ___ ___

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**3.20**   Nonpriority creditor's name and mailing address

    Comed

    P.O. Box 6111

    Carol Stream, Illinois 60197-6111

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

$   1,089.73

Basis for the claim:  _____

Date or dates debt was incurred     _____

Last 4 digits of account number     ___ ___ ___ ___

Is the claim subject to offset?
- ☐ No
- ☐ Yes

**3.21**   Nonpriority creditor's name and mailing address

    County Mayo- Maureen Joyce

    1335 S. Prairie Avenue #2004

    Chicago, Illinois 60605

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

$   26,230.57

Basis for the claim:  Rent

Date or dates debt was incurred     _____

Last 4 digits of account number     ___ ___ ___ ___

Is the claim subject to offset?
- ☒ No
- ☐ Yes

Debtor ___NEW CITY HISTORIC AUTO ROW LLC_____ Case number (if known) __18-20811__
      Name

---

**Part 2:**   **Additional Page**

---

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

                                           Amount of claim

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | |
|---|---|---|---|

**3.22** Nonpriority creditor's name and mailing address

Cross check

P.O. Box 6008

Petaluma, CA 94955-6008

As of the petition filing date, the claim is:
*Check all that apply.*
- ☒ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ Liquidated and neither contingent nor disputed

$   40.00

Basis for the claim: _no back up for cost_

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- ☐ No
- ☐ Yes

---

**3.23** Nonpriority creditor's name and mailing address

Dave Folgers

904 W 31st Street

Chicago, Illinois 60608

As of the petition filing date, the claim is:
*Check all that apply.*
- ☒ Contingent
- ☐ Unliquidated
- ☐ Disputed

$   2,837.00

Basis for the claim: _contest for services, no contest_

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- ☒ No
- ☐ Yes

---

**3.24** Nonpriority creditor's name and mailing address

Dealer E Process

701 Warrenville Rd, Suite #300

Lisle, Illinois 60532

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

$   17,939.20

Basis for the claim: _unable to use_

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- ☒ No
- ☐ Yes

---

**3.25** Nonpriority creditor's name and mailing address

Dealer Tire

P.O. Box 73261

Cleveland, OH 44193

As of the petition filing date, the claim is:
*Check all that apply.*
- ☒ Contingent
- ☐ Unliquidated
- ☐ Disputed

$   78.00

Basis for the claim: _tire not in inventory_

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- ☒ No
- ☐ Yes

---

**3.26** Nonpriority creditor's name and mailing address

Dealertrack

P.O. Box 6129

New York, NY 10249-6129

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

$   1,703.39

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- ☐ No
- ☐ Yes

---

Debtor _____NEW CITY HISTORIC AUTO ROW LLC_____   Case number (if known)___18-20811___
              Name

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.27 | Nonpriority creditor's name and mailing address | | |
|---|---|---|---|

**3.27** Nonpriority creditor's name and mailing address

Dependable Tire

100 N Le Baron Street

Waukegan, Illinois 60085-3027

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor
  disputed

Basis for the claim:  tire missing from stock

Is the claim subject to offset?
☒ No
☐ Yes

$  87.20

---

**3.28** Nonpriority creditor's name and mailing address

E Lead One Data Software Service

P.O. Box 2585

Valdosta, GA 31604-2585

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:  could not use software due to situation

Is the claim subject to offset?
☒ No
☐ Yes

$  19,860.00

---

**3.29** Nonpriority creditor's name and mailing address

Edmunds

P.O. Box 783531

Philadelphia, PA 19178-3531

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$  13,325.81

---

**3.30** Nonpriority creditor's name and mailing address

Elavon Settlement/Recovery

Attn: Collections Dept

P.O. Box 86 SDS12-2291,  Minneapolis, MN 55486-0086

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☒ Yes

$  1054.00

---

**3.31** Nonpriority creditor's name and mailing address

Expert Pay

6715 NE 63rd Street

Vancouver, WA 98661

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:  service not

Is the claim subject to offset?
☐ No
☐ Yes

$  362.00

---

Debtor   NEW CITY HISTORIC AUTO ROW LLC                     Case number (if known)  18-20811
_____
Name

**Part 2:    Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.32 | Nonpriority creditor's name and mailing address | | As of the petition filing date, the claim is: *Check all that apply.* | $ 1322.66 |

3.32  Nonpriority creditor's name and mailing address

FEDEX

P.O. BOX 94515

Palatine, Illinois 60094

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed
☐ Liquidated and neither contingent nor
    disputed

Basis for the claim:   more than 24 yrs old

$ 1322.66

Date or dates debt was incurred      _____
Last 4 digits of account number      ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☒ Yes

---

3.33  Nonpriority creditor's name and mailing address

Herc-Scott Kindy

5859 N Kirby Avenue

Chicago, Illinois 606046

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:   _____

$ 3406.92

Date or dates debt was incurred      _____
Last 4 digits of account number      ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

---

3.34  Nonpriority creditor's name and mailing address

Homenet Automotive

P.O. Box 935242

Atlanta, GA 31193-5242

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:   _____

$ 5351.90

Date or dates debt was incurred      _____
Last 4 digits of account number      ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

---

3.35  Nonpriority creditor's name and mailing address

Interstate Battery

16220 S. Crawford

Tinley Park, Illinois 60478

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:   Battery never delivered

$ 100.00

Date or dates debt was incurred      _____
Last 4 digits of account number      ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

---

3.36  Nonpriority creditor's name and mailing address

Keystone

5100 W 123rd st Suite B

Alsip, Illinois 60803

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:   _____

$ 482.23

Date or dates debt was incurred      _____
Last 4 digits of account number      ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

---

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page 12 of 22

Debtor    NEW CITY HISTORIC AUTO ROW LLC    Case number (if known) 18-20811
_____Name_____

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.37** Nonpriority creditor's name and mailing address

Konica Minolta

P.O. Box 105710

Atlanta, GA 30348-5710

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

$ 3,175.88

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

**3.38** Nonpriority creditor's name and mailing address

Man Marketing

765 Kimberly Drive

Carol Stream, IL 60188

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: unable to use AD Space

$ 87,759.96

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

**3.39** Nonpriority creditor's name and mailing address

Manheim

P.O. Box 105511

Atlanta, GA 30348

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: _____

$ 330.00

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

**3.40** Nonpriority creditor's name and mailing address

MBA Logistics LLC

P.O. Box 1349

Bowling Green, KY 42102

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: unable to use

$ 52,040.00

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

**3.41** Nonpriority creditor's name and mailing address

Midland-Tony Scalzo

22 W. Washington St., Suite 1500

Chicago, Illinois 60602

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: contract amount disputed

$ 75,838.40

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

| Debtor | NEW CITY HISTORIC AUTO ROW LLC | Case number (if known) 18-20811 |
|---|---|---|
| | Name | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.42** Nonpriority creditor's name and mailing address

National Credit Center

P.O. Box 740285

Los Angeles, CA 90074-0285

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed
- ☐ Liquidated and neither contingent nor disputed

$ 2523.47

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**3.43** Nonpriority creditor's name and mailing address

North American Auto Logistics

12600 Deerfield Parkway

Alpharette, GA 30004

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 13,575.00

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- ☐ No
- ☐ Yes

**3.44** Nonpriority creditor's name and mailing address

People Gas

P.O. Box 2968

Milwaukee, WI 53201-2968

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

$ 2,086.87

Basis for the claim: excess gas costs during pipe removal

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- ☐ No
- ☐ Yes

**3.45** Nonpriority creditor's name and mailing address

PHMG

401 N. Michigan Avenue Suite 1725

Chicago, Illinois 60611

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

$ 3,492.00

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**3.46** Nonpriority creditor's name and mailing address

Pro Count

27 W 135 Galusha Avenue

Warrenville, IL 60555

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

$ 2,500.00

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- ☐ No
- ☐ Yes

Debtor   NEW CITY HISTORIC AUTO ROW LLC   Case number (if known)   18-20811
          Name

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.47** | **Nonpriority creditor's name and mailing address**

PV Business Solutions

3600 S State Rd. 7 Suite #204

Miramar, Florida 33023

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:  services not provided

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$  298.50

**3.48** | **Nonpriority creditor's name and mailing address**

Quench

P.O. Box 781393

Philadelphia, PA 19178

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:  service not satisfactory

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$  1,090.31

**3.49** | **Nonpriority creditor's name and mailing address**

Quill

P.O. Box 37600

Philadelphia, PA 19101-0600

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$  1,229.24

**3.50** | **Nonpriority creditor's name and mailing address**

R.A. Kennedy & Assoc., Inc.

510 Locust Street

Hammond, IN 46324

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$  568.00

**3.51** | **Nonpriority creditor's name and mailing address**

Radius

633 North Franklin Street

Tampa, Florida 33602

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$  3,450.00

Official Form 206E/F        Schedule E/F: Creditors Who Have Unsecured Claims        page 15 of 22

Debtor    NEW CITY HISTORIC AUTO ROW LLC    Case number (if known)   18-20811
          Name

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3._52_**  Nonpriority creditor's name and mailing address

Reyna Capital Corporation                                              $ 4,257.44

P.O. Box 674275

Dallas, Texas

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
- ☐ No
- ☐ Yes

**3._53_**  Nonpriority creditor's name and mailing address

Reynolds & Reynolds                                                   $ 9,946.68

P.O. Box 182206

Columbus, Ohio 43218-2206

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  system not in use

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
- ☐ No
- ☐ Yes

**3._54_**  Nonpriority creditor's name and mailing address

S&S Automotive, Inc.                                                  $ 1,857.84

740 N Larch Avenue

Elmhurst, IL 60126

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

Basis for the claim:  parts not delivered

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**3._55_**  Nonpriority creditor's name and mailing address

Secretary of State                                                   $ 1,200.00

501 S. Second Street

Springfield, Illinois 62756

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**3._56_**  Nonpriority creditor's name and mailing address

South Loop Auto Body                                                 $ 527.50

60 E. 23rd Place

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

Basis for the claim:  disputed quality of job

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
- ☐ No
- ☐ Yes

Debtor___NEW CITY HISTORIC AUTO ROW LLC_____ Case number (if known)___18-20811___
　　　　　Name

## Part 2: | Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.57** | Nonpriority creditor's name and mailing address

Vonage- Scott Kindy

5859 N. Kirby Avenue

Chicago, Illinois 60646

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor
　　disputed

Basis for the claim: _____

$  6,457.59

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

**3.58** | Nonpriority creditor's name and mailing address

Sure Security

6037 N. Menard Avenue

Chicago, Illinois 60646

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: _____

$  408.00

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

**3.59** | Nonpriority creditor's name and mailing address

TR Wholesale

7015 Vorden Parkway

South Bend, IN 46628

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: _____

$  1,507.72

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

**3.60** | Nonpriority creditor's name and mailing address

Transportation Mike

7159 S Seeley

Chicago, IL 60636

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$  1,850.00

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

**3.61** | Nonpriority creditor's name and mailing address

True Car Inc

Dept LA 24198

Pasadena, CA 91185-4198

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: _____

$  4,089.00

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

Debtor ___NEW CITY HISTORIC AUTO ROW LLC___   Case number *(if known)* ___18-20811___
       Name

---

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.62 | Nonpriority creditor's name and mailing address | |
|---|---|---|

Vinsolutions

P.O. Box 935595

Atlanta, GA 31193-5595

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed
- ☐ Liquidated and neither contingent nor disputed

$ 17,805.15

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- ☐ No
- ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | |
|---|---|---|

Trade River USA, Inc.

401 East Pratt Street, Suite 2424

Baltimore, Maryland  21202

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

$ 489,099.19

Basis for the claim:  unsecured note

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- ☒ No
- ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | |
|---|---|---|

Automotive Development Group

Attn: Bill Kelley

5810 W. 78th Street, Suite 300, Bloomington, Minnesota 55439

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

$ 150,000.00

Basis for the claim:  unsecured note

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- ☒ No
- ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | |
|---|---|---|

Uplygt

Eagle Phillips, LLC

5757 NW 151 St Street, Miami Lakes, FL 33014

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

$ 38,894.00

Basis for the claim:  unsecured note

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- ☐ No
- ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | |
|---|---|---|

Capital Merchants

One Evertrust Plaza Suite 1401

Jersey City, New Jersey 10004

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

$ 17,199.00

Basis for the claim:  unsecured note

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- ☐ No
- ☒ Yes

---

Debtor ___NEW CITY HISTORIC AUTO ROW LLC___ Case number (if known) ___18-20811___
　　　　 Name

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.67** | Nonpriority creditor's name and mailing address

Ace Funding c/o Henry Guttman

6420 Wilshire Blvd, Suite 7860

Los Angeles, CA 90048

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor
　 disputed

Basis for the claim: ___unsecured note___

$ __44,236   00__

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

**3.68** | Nonpriority creditor's name and mailing address

Capital Partners Network/ Premium Business Solutions

8019 N. Himes Avenue

Tampa Bay, Florida 33614

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: ___unsecured note___

$ __387,448.89__

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

**3.__** | Nonpriority creditor's name and mailing address

_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ _____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

**3.__** | Nonpriority creditor's name and mailing address

_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ _____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

**3.__** | Nonpriority creditor's name and mailing address

_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ _____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

Debtor  New City Historic Auto Row, LLC _____    Case number (if known) 18-20811
        Name

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1. | Line ____ | |
|  | ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.2. | Line ____ | |
|  | ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.3. | Line ____ | |
|  | ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.4. | Line ____ | |
|  | ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 41. | Line ____ | |
|  | ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.5. | Line ____ | |
|  | ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.6. | Line ____ | |
|  | ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.7. | Line ____ | |
|  | ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.8. | Line ____ | |
|  | ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.9. | Line ____ | |
|  | ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.10. | Line ____ | |
|  | ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.11. | Line ____ | |
|  | ☐ Not listed. Explain _____ | ___ ___ ___ ___ |

Debtor    New City Historic Auto Row, LLC    Case number (if known)    18-20811
        Name

---

**Part 3:**    **Additional Page for Others to Be Notified About Unsecured Claims**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

4.___    Line ____
         ☐ Not listed. Explain _____    __ __ __ __

4.___    Line ____
         ☐ Not listed. Explain _____    __ __ __ __

4.___    Line ____
         ☐ Not listed. Explain _____    __ __ __ __

4.___    Line ____
         ☐ Not listed. Explain _____    __ __ __ __

4.___    Line ____
         ☐ Not listed. Explain _____    __ __ __ __

4.___    Line ____
         ☐ Not listed. Explain _____    __ __ __ __

4.___    Line ____
         ☐ Not listed. Explain _____    __ __ __ __

4.___    Line ____
         ☐ Not listed. Explain _____    __ __ __ __

4.___    Line ____
         ☐ Not listed. Explain _____    __ __ __ __

4.___    Line ____
         ☐ Not listed. Explain _____    __ __ __ __

4.___    Line ____
         ☐ Not listed. Explain _____    __ __ __ __

4.___    Line ____
         ☐ Not listed. Explain _____    __ __ __ __

4.___    Line ____
         ☐ Not listed. Explain _____    __ __ __ __

4.___    Line ____
         ☐ Not listed. Explain _____    __ __ __ __

---

Debtor   NEW CITY HISTORIC AUTO ROW, LLC
_____   Case number (if known) __18-20811___
         Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |

5.  Add the amounts of priority and nonpriority unsecured claims.

Total of claim amounts

5a.  Total claims from Part 1       5a.    $  211,363.42 _____

5b.  Total claims from Part 2       5b.  +  $  3,271,564.60 _____

5c.  Total of Parts 1 and 2
     Lines 5a + 5b = 5c.            5c.    $  3,482,928 _____

**Fill in this information to identify the case and this filing:**

Debtor Name __New City Historic Auto Row LLC__

United States Bankruptcy Court for the: __Northern__    District of __Illinois__
(State)

Case number (*If known*): __18-20811__

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

███     **Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐   *Schedule H: Codebtors* (Official Form 206H)

☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☒   Amended *Schedule* __E/F__

☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐   Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __09/11/ 2018__
MM / DD / YYYY

✗ _~~~signature~~~_
Signature of individual signing on behalf of debtor

__Michael Helmstetter__
Printed name

__Owner__
Position or relationship to debtor

Official Form 202          Declaration Under Penalty of Perjury for Non-Individual Debtors

**Fill in this information to identify the case:**

Debtor name __New City Historic Auto Row, LLC__

United States Bankruptcy Court for the: __Northern__ District of __IL__
(State)

Case number (If known): __18 BK 20811__

x  Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property       12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   - ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   - ☒ Yes. Fill in all of the information below.

| **Part 1:** | **List Creditors Who Have Secured Claims** |
| --- | --- |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
| --- | --- | --- |

**2.1**

**Creditor's name**
Benitta Berke

**Creditor's mailing address**
36 W. Randolph, Suite 701
Chicago, IL 60601

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number** __6 0 0 1__

**Do multiple creditors have an interest in the same property?**
- ☒ No
- ☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to a lien**
Blanket Lien

**Describe the lien**
Security Agreement

**Is the creditor an insider or related party?**
- ☐ No
- ☒ Yes

**Is anyone else liable on this claim?**
- ☐ No
- ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

Amount of claim: $ 1,155,000       Value of collateral: $ 1,155,000

**2.2**

**Creditor's name**
Santander Bank, N.A.

**Creditor's mailing address**
824 N. Market Street, Suite 701
Wilmington, DE 19801

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number** __0 0 0 2__

**Do multiple creditors have an interest in the same property?**
- ☒ No
- ☐ Yes. Have you already specified the relative priority?
  - ☐ No. Specify each creditor, including this creditor, and its relative priority.
  - ☐ Yes. The relative priority of creditors is specified on lines ____

**Describe debtor's property that is subject to a lien**

**Describe the lien**

**Is the creditor an insider or related party?**
- x  No
- ☐ Yes

**Is anyone else liable on this claim?**
- x  No
- ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Amount of claim: $ 4,234,732.52       Value of collateral: $

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**       $ 4,262,924.50

Debtor    New City Historic Auto Row, LLC    Case number (if known)    18-20188
          Name

| Part 1: | Additional Page | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.3** Creditor's name

West Lake Financial Services

Creditor's mailing address

4751 Wilshire Blvd., Suite 100
Los Angeles, CA  90010

Creditor's email address, if known

Date debt was incurred _____
Last 4 digits of account
number          0   0   0   3

Do multiple creditors have an interest in the same property?
&  No
&  Yes. Have you already specified the relative priority?
    &  No. Specify each creditor, including this creditor, and its relative priority.
    _____
    _____
    _____

    &  Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

$  28,192.00          $ _____

Describe the lien
_____

Is the creditor an insider or related party?
&  No
&  Yes

Is anyone else liable on this claim?
&  No
&  Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
&  Contingent
&  Unliquidated
&  Disputed

---

**2.__** Creditor's name

_____

Creditor's mailing address

_____
_____

Creditor's email address, if known

_____

Date debt was incurred _____
Last 4 digits of account
number          __   __   __   __

Do multiple creditors have an interest in the same property?
&  No
&  Yes. Have you already specified the relative priority?
    &  No. Specify each creditor, including this creditor, and its relative priority.
    _____
    _____
    _____

    &  Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

$ _____          $ _____

Describe the lien
_____

Is the creditor an insider or related party?
&  No
&  Yes

Is anyone else liable on this claim?
&  No
&  Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
&  Contingent
&  Unliquidated
&  Disputed

Fill in this information to identify the case and this filing:

Debtor Name   New City Historic Auto Row LLC

United States Bankruptcy Court for the:   Northern                District of   Illinois
                                                                          (State)

Case number (if known):   18-20811

---

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors        12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☒ Amended *Schedule* D

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   09/ 11/ 2018                ✗ _____
              MM / DD / YYYY                    Signature of individual signing on behalf of debtor

                                          Michael Helmstetter
                                          Printed name

                                          Owner
                                          Position or relationship to debtor

Official Form 202            Declaration Under Penalty of Perjury for Non-Individual Debtors